# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

**FILED**



2004 JUL 30 A 11: 57

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of April, two thousand four.

Before:    Hon. John M. Walker, Jr., *Chief Judge*
Hon. Jon O. Newman,
Hon. Richard J. Cardamone,
<u>*Circuit Judges*</u>

Docket No. 02-9385

Hact
98-cv-1886
Thompson

MARIE POWELL,

*Plaintiff-Appellant,*

v.

NATIONAL BOARD OF MEDICAL EXAMINERS, UNIVERSITY OF CONNECTICUT SCHOOL OF MEDICINE, BRUCE M. KOEPPEN,

*Defendants-Appellees.*

Appeal from the United States District Court for the District of Connecticut

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

ISSUED AS MANDATE: 7/23/04